**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| BEVERLY WELCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )       Case No. 26-cv-04084-SRB |
| | ) |
| MISSOURI HIGHER EDU, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Chief United States Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #3) to dismiss this case without prejudice. No objections to the Report and Recommendation were filed, and the time to do so has passed.

After an independent and careful review of the record and applicable law, the Court ADOPTS Judge Epps' Report and Recommendation (Doc. #3). It is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE. It is further ORDERED that the Report and Recommendation be attached to and made a part of this Order.

    **IT IS SO ORDERED.**

                                           /s/ Stephen R. Bough
                                         STEPHEN R. BOUGH, JUDGE
Dated: June 23, 2026                    UNITED STATES DISTRICT JUDGE